Cheeseboro v Severe (2025 NY Slip Op 50818(U))

[*1]

Cheeseboro v Severe

2025 NY Slip Op 50818(U)

Decided on May 27, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on May 27, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570182/25

Tyrone Cheeseboro, Plaintiff-Appellant,
against
Jean Severe, Defendant-Respondent.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Brenda Rivera, J.), entered September 13, 2022, after a trial, in favor of defendant dismissing the action.

Per Curiam.
Appeal from judgment (Brenda Rivera, J.), entered September 13, 2022, dismissed, without costs.
"It is the obligation of the appellant to assemble a proper record on appeal" (Babayev v Kreitzman 168 AD3d 655 [2019][internal citations omitted]). Plaintiff's failure to submit the relevant exhibits, including rent payment receipts that were considered by the trial court in determining that the proof he submitted was insufficient to entitle him to a refund of the alleged rent overpayment, precludes this Court from engaging in meaningful and effective appellate review of the dismissal of his claim (see CPLR 5526; Bing v Myrtle 6, LLC, 227 AD3d 769, 770 [2024]; Palacios v Zinaba, 71 Misc 3d 141[A], 2021 NY Slip Op 50560[U] [App Term, 1st Dept 2021]). We note that this Court made repeated efforts to obtain the relevant exhibits from plaintiff, to no avail. 
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: May 27, 2025